UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JASMINE PAUL SANCHEZ,

        Plaintiff

v.

ELY STATE PRISON et al.,

        Defendants

Case No. 3:18-cv-00317-MMD-CLB



## I. DISCUSSION

On January 23, 2020, the Ninth Circuit dismissed Plaintiff's appeal for lack of jurisdiction. (ECF No. 10). The Court now grants Plaintiff until Monday, March 2, 2020, to file an amended complaint curing the deficiencies of his complaint (ECF No. 7), as outlined in the screening order (ECF No. 6). Pursuant to the screening order, if Plaintiff fails to file an amended complaint curing the deficiencies outlined in the screening order, the Court will dismiss the case with prejudice for failure to state a claim. (ECF No. 6 at 5).

## II. CONCLUSION

For the foregoing reasons, it is ordered that Plaintiff shall file his first amended complaint on or before Monday, March 2, 2020.

It is further ordered that the Clerk of the Court will send Plaintiff courtesy copies of his complaint (ECF No. 7), the screening order (ECF No. 6), and the approved form for filing a § 1983 complaint and instructions for the same.

It is further ordered that, if Plaintiff fails to file an amended complaint curing the deficiencies outlined in the screening order, this action will be dismissed with prejudice for failure to state a claim.

DATED: January 27, 2020.

                              UNITED STATES MAGISTRATE JUDGE